# Exhibit D


(https://tropicapp.io/)

 ☰

# Meet the business leaders falling in love with procurement

Some of the biggest brands in the world rely on Tropic to modernize their procurement.


(https://tropicapp.io/stories/broadlume/)


(https://tropicapp.io/stories/ada/)

### Broadlume Uses Tropic To Build Single Source Of Truth, Sees Compelling Savings In First Month (Https://Tropicapp.Io/Stories/Broadlume/)

### Ada Switches To Tropic, Blows Through Savings Guarantee & Builds Scalable Procurement Process (Https://Tropicapp.Io/Stories/Ada/)

Read their story →

Read their story →






(https://tropicapp.io/stories/zapier/)


(https://tropicapp.io/stories/tala/)

## Zapier Saves Over 400 Hours Per Year On Procurement With Tropic (Https://Tropicapp.Io/Stories/Zapier/)

## Tala Saves Over $1M On SaaS To Advance Lending In Underserved Communities (Https://Tropicapp.Io/Stories/Tala/)

Read their story →

Read their story →


(https://tropicapp.io/stories/intercom/)


(https://tropicapp.io/stories/simondata/)

## Intercom Switches To Tropic, Achieving 6x ROI And 100% Compliance In Just 6 Months (Https://Tropicapp.Io/Stories/Intercom/)

## Simon Data Saves 25% Across All SaaS Contracts (Https://Tropicapp.Io/Stories/Simondata/)

Read their story →

Read their story →



tropic (https://tropicapp.io/)

# Learn more about our integrated suite of procurement products and services



### Discover

Find new vendors and optimize your SaaS stack



### Purchase Requests

Standardize purchasing and renewal processes for every team



### Contract Management

Organize contracts, extract key data and never miss another renewal



### Assisted Purchasing

End-to-end software procurement services led by our team of experts



### Approve

Streamline internal approval processes and



### Spend Control

Monitor software usage to know when your

templatize your workflows

spend will increase or decrease


(https://tropicapp.io/)

☰

# Software procurement made simple

Get a free savings estimate →
(https://tropicapp.io/get-estimate/)

## Solutions

For Finance(https://tropicapp.io/finance/)

For Procurement(https://tropicapp.io/procurement/)

For IT & Security(https://tropicapp.io/it-and-security/)

For Vendors(https://tropicapp.io/vendors/)

For Partners(https://tropicapp.io/partners/)

## Platform

Discover(https://tropicapp.io/discover/)

Purchase Request(https://tropicapp.io/purchase-request/)

Contract Management(https://tropicapp.io/contract-management/)

Assisted Purchasing(https://tropicapp.io/assisted-purchasing/)

(https://tropicapp.io/)

Approve(https://tropicapp.io/approve)

Spend Control(https://tropicapp.io/spend-control/)

## Resources

Customer Stories(/customer-stories)

Blog(https://tropicapp.io/blog)

## About Us

💼 Jobs(https://boards.greenhouse.io/tropic)

✉ info@tropicapp.io(mailto:info@tropicapp.io)

📞 1-800-981-6303(tel:1-800-981-6303)

🗺 28 West 25th Street, Floor 11
   New York, NY 10010

Privacy Policy (https://tropicapp.io/privacy-policy/)    Terms of Service (https://tropicapp.io/terms-of-service/)

© 2022 Tropic Technologies. All rights reserved.