

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
212.338.3400
mjayne@foley.com

CLIENT/MATTER NUMBER
094873-0457

July 19, 2022

**Via ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

   Re: *Tropic Technologies, Inc. v. Vendr, Inc. and Stephen Anderson*;
      Civ. Action No. 1:22-cv-06043 (LJL)

Dear Judge Liman:

  My firm represents Defendant Vendr, Inc. ("Vendr") in the above-referenced matter. We write pursuant to Rule 1.D of Your Honor's Individual Practices in Civil Cases, with the consent of all parties to this action, to request an adjournment of the hearing for Plaintiff Tropic Technologies, Inc.'s motion for a temporary restraining order and a preliminary injunction (ECF No. 4) (the "TRO"), currently scheduled for July 20, 2022 at 10:30AM (the "TRO Hearing") until Friday July 22, 2022. We request this adjournment because counsel for Defendant Stephen Anderson and Vendr, both have scheduling conflicts during the currently scheduled TRO Hearing. No previous request to adjourn the TRO Hearing has been made.

              Sincerely,

              */s/Marcella M. Jayne*
              Marcella M. Jayne. Esq.

CC: Counsel of Record via ECF