```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TROPIC TECHNOLOGIES, INC.,                                         :
                                                                   :
                              Plaintiff,                           :
                                                                   :       22-cv-6043 (LJL)
         -v-                                                       :
                                                                   :           ORDER
VENDR, INC., STEPHEN ANDERSON,                                     :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/2022

LEWIS J. LIMAN, United States District Judge:

    At today's hearing on Plaintiff's application for a Temporary Restraining Order, the Court read its decision into the record. At one point, the Court stated that "Anderson also has established a risk of irreparable harm." The Court misspoke; as was clear from the context, it intended to state that "Tropic has also established a risk of irreparable harm." The Court has directed the Court Reporter to conform the transcript to replace the erroneous language "Anderson" with "Tropic."

    SO ORDERED.

Dated: July 22, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                           United States District Judge