```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
TROPIC TECHNOLOGIES, INC.,                                         :
                                                                   :
                               Plaintiff,                          :
                                                                   :       22-cv-6043 (LJL)
           -v-                                                     :
                                                                   :          ORDER
VENDR, INC., STEPHEN ANDERSON,                                     :
                                                                   :
                               Defendants.                         :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a hearing on the motion for a preliminary injunction, commencing on August 4, 2022 at 9:30 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse, and continuing until the close of day on August 4. If the hearing is not concluded, the Court will continue the hearing on August 8, 2022. The Court will receive testimony remotely from the witness located in Germany.

    As to the document requests, Plaintiff is entitled to the requested documents, save for request number 5, having to do with the noncompetition agreements entered into by Vendr and Vendr's enforcement of those agreements. Tropic has not shown the relevance of those agreements.

    SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022