IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TROPIC TECHNOLOGIES, INC.,<br><br>     *Plaintiff,*<br><br>  v.<br><br>VENDR, INC. and STEPHEN ANDERSON,<br><br>     *Defendants.* | Docket No.: 1:22-CV-06043 |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Upon the motion (the "Motion") of Tropic Technologies, Inc. ("Plaintiff" or "Tropic"); and Tropic and Vendr, Inc. ("Vendr") being in agreement; and good and sufficient reason appearing to me therefor; it is hereby

ORDERED that the Motion is GRANTED, and that any and all claims which have been or could have been asserted by Plaintiff against Vendr in the above-captioned case are hereby DISMISSED WITH PREJUDICE; and it is further

ORDERED that Vendr is DISMISSED WITH PREJUDICE as a party; and it is further

ORDERED that Tropic and Vendr shall each bear their own attorneys' fees, costs, and expenses.

                SO ORDERED: 9/13/2022

                United States District Judge